# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEAN T. SEIGLE )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>FULTON COUNTY, GEORGIA )<br>SHERIFF PATRICK LABAT IN HIS )<br>OFFICIAL )<br>AND INDIVIDUAL CAPACITY )<br>JOHN/JANE DOES 1-10 )<br>    Defendants ) | Civil Action File<br><br>No. 1:25-cv-4614-MLB |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Archard Williams, moves this Honorable court to dismiss Plaintiffs Complaint without Prejudice.

Respectfully submitted this 10th day of November 2025

/s/ **Alan G. Parker**
Alan G. Parker
Ga. Bar. No. 286164
Counsel for Plaintiff

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared with one of the font and point selections approved by the court in Local Rule 5.1 (B). Specifically, this document has been prepared using 14-pt Times Roman Font.

This 10th day of November 2025

/s/ **Alan G. Parker**
Alan G. Parker
Ga. Bar. No. 286164